## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                      )

**Patricia Wood Vogler**      )    Case No.    **B-17-**      **C-13W**
**4458 Camp Betty Hastings Road**   )    Chapter    **13**
**Walkertown, NC 27051-9102**    )
                     )

SS#    **xxx-xx-6119**            )
                     )
            Debtor.        )

# NOTICE TO CREDITORS AND PROPOSED PLAN

**The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on April 27, 2017.**

**The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.**

**Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.**

**A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.**

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.      Plan Payments**

The plan proposes a payment of  **$670.00**  per month for a period of   **60**   months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.      Administrative Costs**

**1.      Attorney fees.**
☐      The attorney for the Debtor will be paid the base fee of **$4,500.00**. The Attorney has received **$500.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
☑      The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

**2.      Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.      Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

**1.      Domestic Support Obligations ("DSO")**

a.      ☑ None

b.      The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

c.      All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d.      Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

**2.      Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **-NONE-** |  |

## IV.    Secured Claims

### 1.    Real Property Secured Claims

a.    ☐ None

b.    All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **US Bank Home Mortgage** | **Residence** | **R** | **Y** | **$997.00** | **$0.00** | **D** |

### 2.    Personal Property Secured Claims

a.    ☐ None

b.    Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **BB&T** | **2014 Kia Sorento** | **$12,667.00** | **Y** | **$0.00** | **$138.00** | **$211.00** | **6%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

***To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).***

### 3.    Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

### 4.    Liens to be Avoided

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

## V.    Co-Debtor Claims

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

**VI.     General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __50__ %.

**VII.     Executory Contracts/Leases**

a.     ☐ None

b.     The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
| --- | --- |
| **Gray Court Apartments** | **Apartment lease** |

c.     The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
| --- | --- | --- | --- | --- | --- | --- |
| **-NONE-** | | | | | | |

**VIII.     Special Provisions**

a.     ☑ None

b.     Other classes of unsecured claims and treatment

c.     Other Special Terms     ***Debtor requests direct pay rather than wage deduction.***

Date: __April 27, 2017__

/s/ Jeffrey P. Farran
**Jeffrey P. Farran**
Attorney for the Debtor
Address:     **1515 W. Cornwallis Drive, Suite 101**
                   **Greensboro, NC 27408-6334**
Telephone:     **336-272-2157**
State Bar No.     **05595**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Patricia Wood Vogler** | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| SS#   **xxx-xx-6119** | ) | |
| | ) | Case No. **B-17-**     **C-13W** |
| Debtor | ) | |

The undersigned certifies that a copy of the **Notice to Creditors and Proposed Plan** was served by first class mail, postage prepaid, to the following parties at their respective addresses:

Kathryn L. Bringle
Chapter 13 Trustee
P.O. Box 2115
Winston-Salem, NC 27102-2115

American Express
Attn: Correspondence
P.O. Box 981540
El Paso, TX 79998

American Express
c/o GC Services LP
940 Westport Plaza, Suite 425
St. Louis, MO 63146

American Express/Macy's
Attn: Correspondence
P.O. Box 981540
ElPaso, TX 79998

BB&T
Bankruptcy Section 100-50-01-51
P.O. Box 1847
Wilson, NC 27894-1847

Belk/Synchrony Bank
Attn: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Belk/Synchrony Bank
c/o Allied Interstate LLC
P.O. Box 361445
Columbus, OH 43236

Chase Card Services
Attn: Correspondence Dept
P.O. Box 15298
Wilmington, DE 19850-5298

Discover Financial
Attn: Bankruptcy Dept.
P.O. Box 3025
New Albany, OH 43054-3025

Employment Security Commission
Tax Dept
P.O. Box 26504
Raleigh, NC 27611-6504

FirstPoint Collection Resources
P.O. Box 26140
Greensboro, NC 27402-6140

**Forsyth County Tax Dept.**
**Attn: Bankruptcy Dept.**
**P.O. Box 82**
**Winston-Salem, NC 27102-0082**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**JCPenney/Synchrony Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 965060**
**Orlando, FL 32896-5060**

**JCPenney/Synchrony Bank**
**c/o Advanced Call Center Technologies**
**P.O. Box 9091**
**Gray, TN 37615-9091**

**Macy's/DSNB**
**Bankruptcy Processing**
**P.O. Box 8053**
**Mason, OH 45040-8053**

**NC Dept of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27640-0001**

**Old Navy/Synchrony Bank**
**c/o Portfolio Recovery Associates, LLC**
**P.O. Box 41067**
**Norfolk, VA 23541**

**Old Navy/Synchrony Bank**
**c/o Advanced Call Center Technologies**
**P.O. Box 9091**
**Gray, TN 37615-9091**

**Stein Mart/Synchrony Bank**
**Attn: Bankruptcy Dept.**
**P.O. Box 965064**
**Orlando, FL 32896**

**Target Red Card Mastercard**
**c/o Financial & Retail Services**
**Mailstop BT, P.O.Box 9475**
**Minneapolis, MN 55440**

**TD Bank USA, N.A.**
**c/o AllianceOne Receivables Management**
**4850 Street Road, Suite 300**
**Trevose, PA 19053**

**US Bank Home Mortgage**
**Attn: Bankruptcy Dept.**
**P.O. Box 5229**
**Cincinnati, OH 45201**

Date:    **April 27, 2017**

/s/ Jeffrey P. Farran
**Jeffrey P. Farran   NCSB #05595**
**Attorney for Debtor**
**1515 W. Cornwallis Drive, Suite 101**
**Greensboro, NC  27408-6334**
**(336)272-2157**